| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice forthcoming*)<br>lgoldman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   (415) 393-4622<br>Facsimile:    (415) 801-7389 | COOLEY LLP<br>MICHAEL G. RHODES, SBN 116127<br>rhodesmg@cooley.com<br>KYLE C. WONG, SBN 224021<br>kwong@cooley.com<br>CAROLINE A. LEBEL, SBN 340067<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BELTRAN, BRITTANY MATUS, PRESTON MEISNER, PAUL BLUMBERG, and MARK MEHRING on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01670-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S UNOPPOSED MOTION TO SEVER AND TRANSFER CLAIMS AGAINST META PLATFORMS, INC. TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Action Filed:  August 10, 2023<br><br>Honorable Troy L. Nunley |

On October 3, 2023, Defendant Meta Platforms, Inc. ("Meta") filed an Unopposed Motion to Sever and Transfer the Claims Against Meta Platforms, Inc. to the Northern District of California, so that they may be related to *In re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO (N.D. Cal. June 17, 2022).  The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

Plaintiffs' claims against Meta in this action are hereby severed and transferred to the Northern District of California.  Plaintiffs' remaining claims against Doctors Medical Center of Modesto and Tenet Healthcare Corporation shall not be transferred.

IT IS SO ORDERED.

Dated: October 12, 2023

Troy L. Nunley
United States District Judge